Alfonso C. EVANS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35363.

Missouri Court of Appeals,
Western District.

Feb. 19, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
April 2, 1985.

Application to Transfer Denied
April 30, 1985.

James W. Fletcher, Public Defender,
Sean D. O'Brien, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD
and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial after evidentiary
hearing of a Rule 27.26 motion to vacate
conviction of first degree murder, Section
565.003, RSMo 1978, and sentence to life
imprisonment. See 639 S.W.2d 820.

Affirmed. Rule 84.16(b).